16 - 2965 - ADC

# AFFIDAVIT IN SUPPORT OF CRIMNAL COMPLAINT

FILED ENTERED LODGED RECEIVED
NOV 15 2016
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

I, Special Agent Patrick S. Dugan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is made in support of a criminal complaint and arrest warrant charging Eric Larry Johnson, age 40, date of birth XXXX XX, 1976 with Cyberstalking in violation of 18 U.S.C. § 2261A(2)(B), and Providing False Statements in violation of 18 U.S.C. §§ 1001(a)(2) and (3).

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I graduated from the FBI Academy in May, 1997 and have been assigned to the FBI's Baltimore Field Office since that time. I am currently responsible for investigating violent crimes, to include bank and armored carrier robberies, armed commercial robberies, the apprehension of federal fugitives and interstate stalking matters.

3. The facts in this affidavit come from information obtained from other agents and witnesses, my knowledge, training and experience, and personal observations. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**Background**

4. In 2007, Eric Johnson (hereinafter "JOHNSON"), while serving as an enlisted soldier in the U.S. Army, was preparing for deployment at Fort Hood, Texas, when he was required to take a medical preparedness course. Karen Libera Smith (hereinafter, "Smith"), also employed by the U.S. Army, was the instructor of the course. There was no physical interaction between JOHNSON and Smith during this course; Smith did not even recall that JOHNSON attended the

course. The first interaction to take place between JOHNSON and Smith was through Facebook Messenger in approximately June 2010. This initial interaction involved JOHNSON contacting Smith to ask her medical advice for a military science fiction book JOHNSON was purportedly writing. JOHNSON wanted to cite Smith as a reference because of her medical expertise. As the conversation continued, JOHNSON tried to get Smith to create a fictitious boyfriend character for a book. Electronic communication continued between JOHNSON and Smith over the course of the next ten months. In a string of communications in April 2011, via electronic communication, Smith asked JOHNSON to cease communication with her after JOHNSON's questions became increasingly personal and considered inappropriate by Smith.

5. On or about February 29, 2012, Smith received a Facebook message from Shana Johnson (hereinafter Shana), an individual unknown to Smith who claimed to be JOHNSON's sister. Shana congratulated Smith on her marriage to JOHNSON. By that time, Smith was no longer in the U.S. Army and was employed as a nurse at a Chicago, Illinois area hospital. At about the same time Smith received the message from Shana, she received a diamond ring, lingerie, and a printed map in the mail at her place of employment. The package was sent to her by JOHNSON.

6. On March 4, 2012, Smith sent JOHNSON a message via Facebook Messenger demanding he cease any communication with her. Shortly after this communication, Smith reported JOHNSON to the U.S. Army National Guard unit to which JOHNSON was assigned and this led to a U.S. Army Judge Advocate General (JAG) investigation. As a result of this investigation, JOHNSON was found physically unfit for duty. He received an honorable discharge from the U.S. Army National Guard in 2013 and was placed on the Temporary Disability Retired List. In June, 2015, JOHNSON was placed on the Permanent Medically



ANC

Retired List for total occupational and social impairment due to evidence of symptoms to include persistent delusions or hallucinations and the inability to perform activities of daily living.

7. Investigators believe March 2012 to be the last known timeframe during which communication between JOHNSON and Smith took place. Smith has taken active steps to avoid contact in any way with JOHNSON, to include limiting or eliminating her own use of social media. Further communication since the March 2012 timeframe consist of JOHNSON making social media postings referring to Smith via publically-viewable social media outlets, and since late summer 2016, accusing Smith of various crimes, to include stalking, harassment, and email intrusion by filing complaints through an official FBI internet tip line.

8. On April 20, 2016, Smith contacted the Austin Police Department, Austin, Texas (hereinafter APD) to report JOHNSON for stalking and harassment since 2010. At that time, Smith provided the APD with Twitter screenshots of what JOHNSON had posted about her. Smith further advised she only learned about these "tweets" after doing a Google search of her name in December 2015.

**Interview of Karen Libera Smith**

9. On April 29, 2016, Smith was interviewed by FBI Agents at the FBI San Antonio-Austin Resident Agency. During the interview, Smith advised she first came into contact with JOHNSON in 2007 while in the U.S. Army and stationed at Fort Hood, Texas. Smith then stated her next type of formal communication with JOHNSON took place via Facebook in approximately 2009-2010. In this communication as noted above, JOHNSON contacted Smith to ascertain her medical opinion for a military science fiction book that he claimed to be writing. Smith stated since that time JOHNSON continued to attempt communications with her on several different types of social media to include: Yahoo email, Facebook, Twitter, and Word



me

Press. Smith advised JOHNSON repeatedly accused her of being a stalker, rapist, and a person willing to be a part of a bondage contract. In 2011, Smith married her current husband, and stated that she and her family have since moved from Chicago to Kentucky and then to Austin, Texas, out of fear of JOHNSON tracking her down. Smith also advised she was scared to work as a nurse in the Austin area because of JOHNSON's threats, harassment, and actions.

10. On November 8, 2016, Smith advised investigators she has not communicated with JOHNSON through any media since March 2012.

**Cyber-stalking Communications**

**Twitter**

11. Twitter is an online social networking service that enables users to send and read short messages called "Tweets." Users can send text messages, or user Twitter to share pictures, and videos. Twitter allows users to communicate directly and privately, enabling them to share text communications and media files. Twitter accounts allow users to select a "handle," i.e. @johndoe (with a URL of https://twitter.com/johndoe), as well as a "display name" i.e. "John Doe" which can be changed by the user at any time.

12. On May 5, 2016, Twitter responded to a Grand Jury subpoena for information about the account @ericjwriting with the following information:

Account ID: 14643650
Account created: 05/21/2010
Webscreen Name: ericjwriting
Email: ericj562@comcast.net

13. Investigation by law enforcement officials in Austin, Texas has determined that for a period of time, JOHNSON posted public messages on Twitter almost daily about Smith and these postings have continued through August 2016. Below are examples of communications posted on the @ericjwriting account:

a. On or about December 27, 2015: "You're pathetic Karen, I'll never miss your stupid ways, that's why there never was any chemistry EVER."

b. On or about April 7, 2016: "Will go on Death Row to ensure that my life is better without you. Please if you wish to still bother me on this issue, I will definitely. That is only the satisfaction will get from you is your death, I would not want to go to jail for murder, but if it necessary then I."

c. On or about April 15, 2016: "She lives in Austin, TX 78726 and works at a hospital nearby. Karen is only scared of people finding her, playing the catch me if you can. How does it feel to lose so bad?"

d. On or about April 25, 2016: "And the only thing I want from her is to commit suicide. Throw her down stairs, stomp her. How can somebody be so obsessed about a man who would find such pleasure in killing her? I've literally told her I would kick the shit out of her, break every bone, and murder her."

e. On or about June 7, 2016, Eric J tweeted about having access to firearms: "I have my unregistered and unloaded rifle by my couch."

14. On or about June 20, 2016, Smith provided a copy of an Eric J tweet in which Eric J claims to have gone to the FBI Baltimore office: "BTW I visited the @FBI Baltimore branch and didn't even get taken away." In fact, an Eric JOHNSON appeared in person at the offices of the FBI in Baltimore, Maryland on or about June 20, 2016. While at the offices of the FBI, JOHNSON requested entrance into the building to speak to an FBI Agent. A security guard assigned to the FBI office who was unfamiliar with the ongoing investigation spoke with JOHNSON and denied him entry into the facility. JOHNSON was not interviewed by FBI Agents at this time.

15. On or about June 30, 2016, Eric J tweeted about going to specific office of the Baltimore Police Department (BPD): "Went to the Central Baltimore Police Station (242nd W 29th street) and attempted to clear my name." An inquiry was unsuccessful in determining whether JOHNSON went to this office or spoke with any BPD officers.

16. On or about July 9, 2016, Eric J tweeted an accusation about Smith being a rapist: "Worst rapist in history Karen Libera Smith harassing me for 21 years."

17. On July 15, 2016, Eric J tweeted about his first contact with Smith in 2007: "this Karen Libera Smith exists nor have I met her anywhere in person, with the exception of 2007 in North Fort Hood."

**Facebook**

18. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

19. On May 5, 2016, Facebook responded to a Grand Jury subpoena for information about the account **www.Facebook.com/EricJ56** with the following information:

> First and Last Name: Eric Johnson
> Registered email address: ericj562@comcast.net
> Vanity Name: Ericj56
> Registration Date: 04/06/2009
> Account Still Active: True
> Multiple IP logins listed.

20. On or about June 1, 2010, JOHNSON first contacted Smith on Facebook. Initially, the communication involved JOHNSON seeking Smith's medical opinions for a fictional book

which JOHNSON claimed he was in the process of writing. In JOHNSON's Facebook communication to Smith, it appeared JOHNSON was sharing portions of the book with her.

21. The Facebook communication continued in April 2011, when JOHNSON asked Smith additional questions for his book and made reference to how hard it was to get Smith to respond: "but for some reason I just feel like saying that I have nothing against getting personal with you, just I keep it professional to keep the drama down. I know theres none but then again it seems like im pulling teeth to get an answer even though youre busy."

22. On or about April 15, 2011, JOHNSON indicated he was using Smith as the basis for a character in his book and asked Smith personal questions about her body: "And another question, is your character pre-boob job or post boob job?" Smith replied, "Do not incorporate my breasts in your story… that is too personal."

23. On or about May 13, 2011, Smith again responded to JOHNSON postings and inquiries: "I'll be honest with you Eric, I don't know how comfortable I am with being so personal with my character anymore. It's not any disrespect towards you, I'm just finding out that my privacy is a little more important than I once thought."

24. On or about February 29, 2012, as briefly described above in Paragraph 6, an individual identifying herself as Eric JOHNSON's sister Shana Johnson, began communicating on Facebook with Smith, portions of which went as follows:

> Shana: "Hey my brother Eric asked me to get in contact with you. I'm confused as to what's going on, can you fill me in?"
>
> Smith: "Do I know you?"
>
> Shana: "No but I'm your husband's sister. Eric contacted me this morning saying you guys needed help but then told me that you were going to stay with James Stultz. I have keys to Eric's apt here in Baltimore if you do end up coming here, you can stay there."

25. On or about March 4, 2012, JOHNSON renewed contact with Smith via Facebook:



AR

JOHNSON: "Hey just wanted to apologize for the miscommunication back then, was kinda busy with life here in Egypt.

Smith: "Miscommunication? You have sent disgusting messages to me that threatened physical harm and told your sister I was your wife! You also wrote Tiffany's fiancé saying I told you things about their sexual relationship? I haven't spoken to you in almost a year and I only spoke to you about things related to your book! You are crazy and I never want you to contact me again."

26. On or about March 21, 2016, JOHNSON made the following statement on Facebook: "This is Karen Libera Smith, after 8 years of harassment and ruining my life, expects me to take her back because 8 years ago, we broke up and she's so mind boggingly retarded to think I want to try it again after her mistaken belief that somehow I'm going to just laugh and let bygones be bygones."

27. On or about May 11, 2016, JOHNSON posted via Facebook an article about his "Relationship Goals" while making several references to Smith:

a. "I've dealt with so many mind games from Karen Libera Smith that I don't need any more. I've had enough for the next reincarnation, and maybe a few more."

b. "If for some reason you think I enjoy cuckolding, or any humiliation based BDSM tasks, I'll make you pay for that, so Let it Go. You do me wrong and you made a good enemy. I will spend hours making your life miserable to prove that you're not going to win. Also in BDSM terms that's a definite hard limit. Just because you enjoy it doesn't mean I do."

c. "If any of this offends you, tough shit, get a life or get fucked. Let it go and move on with your life."

28. On or about May 17, 2016, JOHNSON posted the following: "Karen Libera Smith was looking for some guy named Anthony, which she assumed was me the whole time. Now the dumb bitch keeps on talking to me, as if I need her to anymore. It's not my fault she's so fucking

retarded that year after year she couldn't see the obvious that I'm not "Anthony." Truly the most stupidest woman ever."

29. On or about June 27, 2016, JOHNSON posted a comment about how Smith was continually harassing him and apparently trying to sexually dominate him by being an FBI agent: "It seems clear that Karen Libera Smith is using her Special Agent powers to harass and manipulate my life because she's "in love" with me. So essentially this organization (FBI) is digging into my life because she wants to sexually dominate me, and you don't care."

30. On or about July 6, 2016, JOHNSON posted a comment about sending something to FBI Director James Comey as a means to get a message to Smith, since she was an incompetent FBI agent: "Just so you know, I send Director James Comy a 24 box count of Cracker Jacks. Also some straws will be shipped to him as well, so in the future Special Agent Smith can grasp at them when coming up with her theories based on circumstantial and clearly unreliable intelligence in light of this case. Given her incompetence I'm sure it will spur her on to be a better Special Agent."

31. On or about July 8, 2016, JOHNSON posted the following: "Karen Libera Smith apparently enjoys being raped, given that's the only way she can get sex in this world of ours. Yet she tries to rape or tries to murder me because she "believes she's getting me back for my crimes"? Why is she so hard up to rape me when I never physically met her in 1986 or whatever her purported... She just confirmed that she is out to rape and murder me."

32. On or about August 11, 2016, JOHNSON posted the following: "Also Karen Libera Smith is a registered nurse in the state of Texas."

33. On or about August 16, 2016, JOHNSON posted the following: "Also given that I had called her friend at Fort Hood shows that I was able to find the location of Karen Libera Smith



ADC

and if I again was some Uber Assassin or even a Serial Killer Out to Get Her then again, this little tool would have already been dead. As given my "Uber Assassin" ability while in the correct military uniform, would have been able to kill her, tossed her body somewhere and returned back to work. Given also that I had a military driver's license and would require an associate with me, to help me "disappear her". Thus requiring me to dispatch the vehicle, drive up to North Ford Hood, kill her, and then throw her body in the back of a Humvee, and then dispose of her, and return the vehicle to the motor pool in broad daylight."

34. Investigators have determined JOHNSON's Facebook page to be "public," meaning any user of Facebook can view his postings if they wish.

**False Reporting**

**FBI Internet Crime Complaint Center**

35. The FBI's Internet Crime Complaint Center (IC3) is an online reporting mechanism which provides the public a means to submit information to the FBI concerning suspected criminal activity. Individuals who report suspected criminal activity via the IC3 website are requested to identify themselves by providing name, address, telephone and email. In addition, complainants are also requested to provide subject or suspect name and identifiers. Prior to submission of complaints to the IC3, individuals are required to provide a digital signature acknowledging that "The information I have provided on this form is correct to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (TITLE 18, U.S. CODE, SECTION 1001)."

36. Investigation has determined since December 17, 2015, JOHNSON has made approximately 1,400 reports to the IC3, many of which make reference to Smith and are consistent with examples of Johnson's other social media postings as described above. In his



AM

reporting to the IC3, JOHNSON also accuses Karen Libera Smith of harassment, stalking, and email intrusion.

37. On November 3, 2016, at approximately 7:06 p.m., JOHNSON filed a report with the FBI's Internet Crime Complaint Center (IC3) under Complaint ID I1611031906485221, where he describes being harassed by Smith and accuses Smith of email intrusion. JOHNSON states in the report, "I also admitted due to her harassment that I wish to kill her." In this report, JOHNSON provided the following identifying information:

Name: Eric Johnson
Age: 30-39
Address: 1203 Cathedral St. Apt 1R
City: Baltimore
Country: United States of America
State: Maryland
Zip Code/Route: 21201
Phone Number: (xxx) xxx-1490
Email Address: ericj562@comcast.net

He further provided a link to a website, http://bit.ly/1IbDYn6, viewed by your affiant, where JOHNSON published additional disparaging comments about Smith. JOHNSON provided the digital signature "Eric L. Johnson" affirming that the information provided in the IC3 report is true and accurate to the best of his knowledge, and that he understands providing false information could make him subject to fine, imprisonment or both, in violation of Title 18, U.S.C., Section 1001.

38. On November 4, 2016, at approximately 8:06 p.m., JOHNSON filed a report with the FBI's Internet Crime Complaint Center (IC3) under Complaint ID I1611042006165741, where he makes disparaging comments about Smith, and concludes his text as follows: "One woman who can't unfuck herself needs to be shot and killed." In this report, JOHNSON provided the following identifying information:

Name: Eric Johnson
Age: 30-39
Address: 1203 Cathedral St. Apt 1R
City: Baltimore
Country: United States of America
State: Maine
Zip Code/Route: 21201
Phone Number: (xxx) xxx-1490
Email Address: ericj562@comcast.net

JOHNSON provided the digital signature "Eric L. Johnson" affirming that the information provided in the IC3 report is true and accurate to the best of his knowledge, and that he understands providing false information could make him subject to fine, imprisonment or both, in violation of Title 18, U.S.C., Section 1001.

39. As a result of JOHNSON's actions as described above, Smith ceased using social media. As previously referenced in Paragraph 10, Smith stated to investigators that she has had no communication with JOHNSON via any method or media since March 2012. Although Smith has spoken with investigators on numerous occasions since reporting to the APD in April 2016, JOHNSON has not been interviewed by authorities and as such would have no knowledge of the details of conversations between Smith and law enforcement officers. Therefore, investigators believe any reporting made by JOHNSON to the IC3 accusing Smith of harassment and stalking are false statements, filed intentionally through official channels as shown through the volume of complaints filed by JOHNSON, and, through use of his digital signature, acknowledged by JOHNSON as being true and accurate.

**CONCLUSION**

40. Based on my knowledge, training and experience and the facts set forth above, I respectfully submit there is probable cause to believe that offenses in violation of 18 U.S.C. §



ON

16-2965-ADC

2261A (2)(B) – Cyberstalking, and 18 U.S.C. §§ 1001(a)(2) and (3) – Providing False Statements were committed by Eric Larry Johnson.

41. I affirm under penalty of perjury that the facts and circumstances outlined in this affidavit are true and accurate to the best of my knowledge and belief.

Patrick S. Dugan
Special Agent, Federal Bureau of Investigations

Subscribed and sworn to before me
this 15th day of November 2016:

A. David Copperthite
United States Magistrate Judge